FILED

2015 DEC 22 PM 3:21

SEALED

CASE SEALED PER ORDER OF COURT
12/23/15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **15CR3175JM** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2261(a)(1) - Interstate or Foreign Domestic Violence Resulting in Murder; Title 18, U.S.C., Sec. 1512(k) - Conspiracy to Obstruct Justice; Title 18, U.S.C., Sec. 1512(c)(2) - Obstruction of Justice; Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| DAVID ENRIQUE MEZA (1), TAYLOR MARIE LANGSTON (2), | |
| Defendants. | |

The grand jury charges:

#### Count 1

(Interstate or Foreign Domestic Violence Resulting in Murder)

On or about May 1, 2015 through May 2, 2015, within the Southern District of California and elsewhere, defendant DAVID ENRIQUE MEZA, travelled in foreign commerce with the intent to kill, injure, harass and intimidate an intimate partner and a dating partner, Jake Clyde Merendino, and, while in the course of and as a result of said travel, did commit an act of violence against that intimate partner and dating partner resulting in death; in violation of Title 18, United States Code, Section 2261(a)(1).

AFF:nlv:San Diego:12/21/15

## Count 2

### (Conspiracy to Obstruct Justice)

From on or about a date unknown to the Grand Jury up to and including June 4, 2015, within the Southern District of California and elsewhere, defendants DAVID ENRIQUE MEZA and TAYLOR MARIE LANGSTON did conspire to corruptly obstruct, influence and impede an official proceeding, that is, a foreseeable Federal Grand Jury proceeding and a foreseeable criminal proceeding before a Court of the United States regarding the death of Jake Clyde Merendino; all in violation of Title 18, United States Code, Sections 1512(c)(2) and 1512(k).

## Count 3

### (Obstruction of Justice)

On or about June 4, 2015, within the Southern District of California, defendant TAYLOR MARIE LANGSTON, did corruptly obstruct, influence and impede and did attempt to obstruct, influence, and impede an official proceeding, that is, a foreseeable Federal Grand Jury investigation and a foreseeable criminal proceeding before a Court of the United States regarding the death of Jake Clyde Merendino, by lying to a Federal Bureau of Investigation agent who interviewed her, by falsely claiming that she and MEZA had been at a friend's house in Tijuana on the night of May 1, 2015, into the morning of May 2, 2015, whereas in truth and fact, as LANGSTON then and there well knew, LANGSTON and MEZA had not been at "Joe's" house in Tijuana on those days; all in violation of Title 18, United States Code, Section 1512(c)(2).

//
//
//

## Count 4

### (False Statement to a Federal Officer)

On or about June 4, 2015, within the Southern District of California, defendant TAYLOR MARIE LANGSTON, in a matter within the jurisdiction of the executive branch of Government of the United States, namely, the Federal Bureau of Investigation, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts, in that she did represent and state to agents of the Federal Bureau of Investigation that she and DAVID ENRIQUE MEZA were at "Joe's" house in Tijuana on the night of May 1, 2015, and into the morning of May 2, 2015, whereas in truth and fact, as LANGSTON then and there well knew, LANGSTON and MEZA had not been at "Joe's" house in Tijuana on those days; in violation of Title 18, United States Code, Section 1001.

DATED: December 22, 2015.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

3