FILED

DEC 2 3 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ENRIQUE MEZA [1],<br><br>TAYLOR MARIE LANGSTON [2],<br><br>Defendants | Case No.: 15CR3175-JM<br><br>**ORDER UNSEALING THE INDICTMENT** |

Upon application of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the indictment in this matter be unsealed.

DATED: 12/23/15

_____
HONORABLE WILLIAM V. GALLO
U.S. Magistrate Court Judge

2