LAURA E DUFFY
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6735
Email: Alexandra.foster@usdoj.gov
Attorneys for Plaintiff
United States of America

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-CR-3175-JM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DAVID ENRIQUE MEZA, et al., | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic

Filings relating to activity in this case:

        Name (If none, enter "None" below)

        None.

        Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

        Name (If none, enter "None" below)

        None.

        Please call me at the above-listed number if you have any questions about this notice.

DATED: December 28, 2015

        Respectfully submitted,

        LAURA E. DUFFY
        United States Attorney

        s/Alexandra F. Foster
        ALEXANDRA F. FOSTER
        Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No 15-CR-3175-JM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DAVID ENRIQUE MEZA, et at., | ) | |
| | ) | |
| Defendant. | ) | |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

Dated: December 28, 2015

*s/Alexandra F. Foster*
*ALEXANDRA F. FOSTER*
Assistant U.S. Attorney