1  RICHARD DEKE FALLS
2  California Bar No. 289490
   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
3  225 Broadway, Suite 900
4  San Diego, California  92101-5008
   Telephone: (619) 234-8467
5  Facsimile: (619) 687-2666
6  deke_falls@fd.org

7  Attorneys for David Enrique Meza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  15CR3175-JM |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEARANCE AS LEAD ATTORNEY** |
| v. | ) | |
| DAVID ENRIQUE MEZA (1), | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Richard Deke Falls, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

DATED:  December 28, 2015          Respectfully submitted,

                                   *s/ Deke Falls*
                                   **DEKE FALLS**
                                   Federal Defenders of San Diego, Inc.
                                   Deke_Falls@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Alexandra Foster**
Alexandra.Foster@usdoj.gov,efile.dkt.gc1@usdoj.gov,alexandrafoster@hotmail.com

DATED: December 28, 2015        */s/ Deke Falls*
**DEKE FALLS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Meza
Deke_Falls@fd.org