ORIGINAL

FILED

MAY 0 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>DAVID ENRIQUE MEZA,<br>　　　　Defendant. | Case No. 15cr3175 JM<br><br>SPECIAL VERDICT |

### COUNT 1

We, the jury in the above-entitled cause, find the Defendant David Enrique Meza, __Guilty__ of Traveling in Foreign Commerce to Commit Domestic Violence.
Guilty/ Not guilty

If you found the Defendant Guilty on Count 1, which crime(s) of violence do you unanimously find Defendant committed:

　　Aggravated Assault?　　　　　　__Yes__
　　　　　　　　　　　　　　　　　Yes/No

　　Assault with a Deadly Weapon?　__Yes__
　　　　　　　　　　　　　　　　　Yes/No

　　Foreign Murder of a U.S. National?　__Yes__
　　　　　　　　　　　　　　　　　Yes/No

1

15cr3175

If you found Defendant committed one or more of the above crime(s) of violence, do you further unanimously find the crime(s) resulted in Jake Merendino's death?

                       __Yes__
                       Yes/No

### Count 2

We, the jury in the above-entitled cause, find the Defendant David Enrique Meza, __Guilty__ of Conspiracy to Obstruct Justice.
Guilty/ Not guilty

If you found the Defendant guilty on Count 2, which official United States proceedings(s) do you unanimously find the Defendant conspired to obstruct:

A United States Federal Grand Jury Proceeding? __No__
                                             Yes/No

A Criminal Proceeding Before a Court of the United States? __Yes__
                                                                             Yes/No

Dated: May 2, 2017

                              _____
                              Foreperson of the Jury